Robert D. Albergotti
HAYNES AND BOONE, LLP
901 Main St., Suite 3100
Dallas, TX 75202
Phone: 214.651.5000

Judith Elkin  JE-4112
Jason A. Nagi JN-6891
HAYNES AND BOONE, LLP
153 East 53rd Street, Suite 4900
New York, NY 10022
Phone: 212.659.7300

*Counsel to Shared Technologies Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 11
                                                            :
ALLEGIANCE TELECOM, INC.,  et al.,                          :    Case No. 03-13057 (RDD)
                                                            :
                                        Debtors.            :    Jointly Administered
------------------------------------------------------------x

## **NOTICE OF APPEAL**

Shared Technologies Inc. ("STI"), party-in-interest in the above-captioned action, appeals pursuant to 28 U.S.C. §158(a) to the United States District Court for the Southern District of New York from the Bankruptcy Court's

Order Approving Stipulation and Order Concerning Required Plan Distributions [Dkt. No. 2573]

entered in this case on February 7, 2008.

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

1.  Shared Technologies Inc.

    Counsel:

    Robert D. Albergotti
    HAYNES AND BOONE, LLP
    901 Main St., Suite 3100
    Dallas, TX 75202
    Phone: 214.651.5000

    Judith Elkin JE-4112
    Jason A. Nagi  JN-6891
    HAYNES AND BOONE, LLP
    153 East 53rd Street, Suite 4900
    New York, NY 10022
    Phone: 212.659.7300

2.  Allegiance Telecom Liquidating Trust

    Counsel:

    Ira S. Dizengoff
    Abid Qureshi
    Kenneth A. Davis
    AKIN GUMP STRAUSS HAUER & FELD LLP
    590 Madison Avenue
    New York, NY 10022
    Telephone:  212.872.1000

3.  XO Holdings, Inc.

    Counsel:

    Martin S. Siegel
    BROWN RUDNICK BERLACK ISRAELS LLP
    7 Times Square
    New York, NY 10036
    Telephone: 212.209.4800

    Anthony L. Gray
    BROWN RUDNICK BERLACK ISRAELS LLP
    One Financial Center
    Boston, MA 02111
    Telephone: 617.856.8200

4.   Merrill Lynch, Pierce, Fenner & Smith, Incorporated

    Counsel:

David S. Pegno, Esq.
DEWEY PEGNOT & KRAMARSKY LLP
220 East 42nd Street
New York, New York 10017
Telephone: 212.943.9000

Craig Bruens
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000

Dated: New York, New York
       February 19, 2008

HAYNES AND BOONE, LLP
*Counsel to Shared Technologies Inc.*

/s/ Jason A. Nagi
Judith Elkin (JE-4112)
Jason A. Nagi (JN 6891)
153 East 53rd Street, Suite 4900
New York, NY 10022
Phone: 212.659.7300

Robert D. Albergotti
901 Main St., Suite 3100
Dallas, TX 75202
Phone: 214.651.5000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has served a true and correct copy of the foregoing Notice of Appeal upon all parties listed below via United States first class mail, postage prepaid, on the 19th day of February, 2008, in accordance with the Federal Rules of Bankruptcy Procedure.

/s/ Jason A. Nagi

Ira S. Dizengoff
Abid Qureshi
Kenneth A. Davis
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Telephone: 212.872.1000
Fax: 212.872.1002
E-Mail: idizengoff@akingump.com

**COUNSEL FOR ALLEGIANCE TELECOM LIQUIDATING TRUST**

Martin S. Siegel
BROWN RUDNICK BERLACK ISRAELS LLP
7 Times Square
New York, NY 10036
Telephone: 212.209.4800
Fax: 212.446.4900
E-Mail: msiegel@brownrudnick.com

Anthony L. Gray
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
Telephone: 617.856.8200
Fax: 617.856.8201
Email: agray@brownrudnick.com

**COUNSEL FOR XO HOLDINGS, INC.**

David S. Pegno, Esq.
DEWEY PEGNOT & KRAMARSKY LLP
220 East 42nd Street, 33rd Floor
New York, New York 10017
Telephone: 212.943.9000
Fax: 212.943.4325
E-Mail: dpegno@dpklaw.com

Craig Bruens
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-4000
Fax: (212) 351-4035

**COUNSEL FOR MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**