Robert D. Albergotti
HAYNES AND BOONE, LLP
901 Main St., Suite 3100
Dallas, TX 75202
Phone: 214.651.5000

Judith Elkin  JE-4112
Jason A. Nagi JN-6891
HAYNES AND BOONE, LLP
153 East 53rd Street, Suite 4900
New York, NY 10022
Phone: 212.659.7300

*Counsel to Shared Technologies Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                             :
In re:                                                       :
                                                             :
                                                             :   Civil Action No. 1:08-cv-3050 (JGK)
ALLEGIANCE TELECOM, INC., et al.,                            :
                                                             :   Civil Action No. 1:08-cv-3051 (LAP)
                                            Debtors.         :
-------------------------------------------------------------x

## SHARED TECHNOLOGIES INC.'S DISCLOSURE OF INTERESTED PARTIES

      Pursuant to Federal Rule of Civil Procedure 7.1, Shared Technologies Inc. ("STI") files this disclosure statement:

      STI is a privately held company.

      STI has no parent or subsidiary corporations that are publicly traded.

      No publicly held corporation owns 10% or more of the stock of STI.

Dated:  April 3, 2008

                                                 HAYNES AND BOONE, LLP
*Counsel to the Shared Technologies Inc.*

/s/ Jason A. Nagi
Judith Elkin (JE-4112)
Jason A. Nagi (JN 6891)
153 East 53rd Street, Suite 4900
New York, NY 10022
Phone: 212.659.7300

Robert D. Albergotti
Frances A. Smith
901 Main St., Suite 3100
Dallas, TX 75202
Phone: 214.651.5000

- 3 -

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all parties listed below via United States first class mail, postage prepaid, on the 3rd day of April, 2008, in accordance with the Federal Rules of Bankruptcy Procedure.

                                       /s/ Jason A. Nagi

Ira S. Dizengoff
Abid Qureshi
Kenneth A. Davis
AKIN GUMP STRAUSS HAUER
  & FELD LLP
590 Madison Avenue
New York, NY 10022
Telephone:  212.872.1000
Fax:  212.872.1002
E-Mail:  idizengoff@akingump.com

**COUNSEL FOR ALLEGIANCE TELECOM LIQUIDATING TRUST**

Martin S. Siegel
BROWN RUDNICK BERLACK
  ISRAELS LLP
7 Times Square
New York, NY 10036
Telephone: 212.209.4800
Fax:  212.446.4900
E-Mail:  msiegel@brownrudnick.com

Anthony L. Gray
BROWN RUDNICK BERLACK
  ISRAELS LLP
One Financial Center
Boston, MA 02111
Telephone: 617.856.8200
Fax: 617.856.8201
Email: agray@brownrudnick.com

**COUNSEL FOR XO HOLDINGS, INC.**

David S. Pegno, Esq.
DEWEY PEGNOT & KRAMARSKY LLP
220 East 42nd Street, 33rd Floor
New York, New York 10017
Telephone: 212.943.9000
Fax:  212.943.4325
E-Mail:  dpegno@dpklaw.com

Craig Bruens
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-4000
Fax: (212) 351-4035

**COUNSEL FOR MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**