UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHARED TECHNOLOGIES INC.,　　　　　　　　　:　Civil Action No. 08-CV-3050 (LAK)
　　　　　　　Appellant,　　　　　　　　　　　:　(Lead Case)
　　　　　　　　　　　　　　　　　　　　　　　:
　– against –　　　　　　　　　　　　　　　　:　Civil Action No. 08-CV-3051 (LAK)
　　　　　　　　　　　　　　　　　　　　　　　:　(Member Case)
ALLEGIANCE TELECOM LIQUIDATING TRUST; :
XO HOLDINGS, INC., and MERRILL, LYNCH,　:　On appeal from:
PIERCE, FENNER & SMITH,　　　　　　　　　:　Case No. 03-13057 (RDD)
　　　　　　　　　　　　　　　　　　　　　　　:　(Bankr. S.D.N.Y.)
　　　　　　　Appellees.　　　　　　　　　　　:
------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT

　　　　Appellee XO Holdings, Inc. ("XO"), by its undersigned attorneys, hereby submits this corporate ownership statement. As of April 30, 2008, more than 50% of XO common stock shares may be deemed to be beneficially owned by Cardiff Holding LLC, which is approximately 98% owned by ACF Industries Holding Corp., a Delaware corporation, which is wholly-owned by Highcrest Investors Corp., a Delaware corporation, which is approximately 99% owned by Buffalo Investors Corp., a New York corporation, which is wholly-owned by Starfire Holding Corporation, a Delaware corporation. XO reserves the right to amend, supplement, or modify this corporate ownership statement.

Dated:　New York, New York
　　　　May 2, 2008

　　　　　　　　　　　　　　　　　　　　　　　**BROWN RUDNICK BERLACK ISRAELS LLP**

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Martin S. Siegel
　　　　　　　　　　　　　　　　　　　　　　　　　　Martin S. Siegel (MS-9490)
　　　　　　　　　　　　　　　　　　　　　　　　　　Emilio A. Galván (EG-0984)
　　　　　　　　　　　　　　　　　　　　　　　Seven Times Square
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　　　　Tel:　(212) 209-4800

　　　　　　　　　　　　　　　　　　　　　　　Attorneys For XO Holdings, Inc.

8182905