CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the XO Holdings, Inc.'s Rule 7.1 Disclosure Statement was served upon all parties listed below via first class mail, postage prepaid, on the 2nd of May, 2008.

/s/ Martin S. Siegel

**Jason A. Nagi, Esq.**
HAYNES AND BOONE, LLP (NY)
153 East 53rd Street
Suite 4900
New York, NY 10022
Tel: (212) 659-4989
Fax: (212) 884-8247
Email: jason.nagi@haynesboone.com

**Robert D. Albertgotti, Esq.**
HAYNES AND BOONE LLP
901 Main St., Suite 3100
Dallas, Texas 75202
Tel: (214) 651-5000

**COUNSEL FOR SHARED TECHNOLOGIES INC.**

**David S. Pegno, Esq.**
DEWEY PEGNOT & KRAMARSKY LLP
220 East 42nd Street, 33rd Floor
New York, New York 10017
Tel: (212) 943-9000
Fax: (212) 943-4325
E-mail: dpegno@dpklaw.com

**Craig Bruens, Esq.**
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Tel: (212) 351-4000
Fax: (212) 351-4035

**COUNSEL FOR MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**

**Ira S. Disengoff, Esq.**
**Abid Qureshi, Esq.**
**Kenneth A. Davis, Esq.**
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
Tel: (212) 872-1000
Fax: (212) 872-1002
E-mail: idizengoff@akimgump.com

**COUNSEL FOR ALLEGIANCE TELECOM LIQUIDATING TRUST**