## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Brief of Appellee XO Holdings, Inc. and Appendix was served upon all parties listed below via first class mail, postage prepaid, and via e-mail on the 2nd of May, 2008.

/s/ Martin S. Siegel

**Jason A. Nagi, Esq.**
HAYNES AND BOONE, LLP (NY)
153 East 53rd Street
Suite 4900
New York, NY 10022
Tel: (212) 659-4989
Fax: (212) 884-8247
Email: jason.nagi@haynesboone.com

**Robert D. Albertgotti, Esq.**
HAYNES AND BOONE LLP
901 Main St., Suite 3100
Dallas, Texas 75202
Tel: (214) 651-5000
Robert.albergotti@haynesboone.com

**COUNSEL FOR SHARED TECHNOLOGIES INC.**

**David S. Pegno, Esq.**
DEWEY PEGNOT & KRAMARSKY LLP
220 East 42nd Street, 33rd Floor
New York, New York 10017
Tel: (212) 943-9000
Fax: (212) 943-4325
E-mail: dpegno@dpklaw.com

**Marshall King, Esq.**
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Tel: (212) 351-4000
Fax: (212) 351-4035
mking@gibsondunn.com

**COUNSEL FOR MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**

**Ira S. Disengoff, Esq.**
**Abid Qureshi, Esq.**
**Kenneth A. Davis, Esq.**
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
Tel: (212) 872-1000
Fax: (212) 872-1002
E-mail: idizengoff@akimgump.com

**COUNSEL FOR ALLEGIANCE TELECOM LIQUIDATING TRUST**