SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shared Technologies, Inc.        Plaintiff,

- against -

Allegiance Telecom        Defendant.
Liquidating Trust, et al

08  cv  3050        (LAK)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,   Jason Nagi                a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Robert D. Albergotti |
| Firm Name: | Haynes and Boone, LLP |
| Address: | 901 Main Street, Suite 3100 |
| City/State/Zip: | Dallas, TX 75202 |
| Phone Number: | (214) 651-5000 |
| Fax Number: | (214) 651-5940 |

Robert D. Albergotti                is a member in good standing of the Bar of the States of

North Carolina and Texas

There are no pending disciplinary proceeding against   Robert D. Albergotti

in any State or Federal court.

Dated:  May 5, 2008

City, State:   New York, NY

Respectfully submitted,

*[signature]*

Sponsor's
SDNY Bar        3905197  JN 6891
Firm Name:        Haynes and Boone, LLP
Address:          153 East 53rd Street, Suite 4900
City/State/Zip:   New York, NY 10022
Phone Number:    212-659-7300
Fax Number:       212-918-8989

SDNY Form Web 10/2006

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas,

DO HEREBY CERTIFY that **Robert D. Albergotti** , Bar # **00969800** , was duly admitted to practice in said

Court on **11/15/82** , and is in good standing as a member of the bar of said Court.

Signed at **Dallas** , Texas on **04/24/08** .

Karen Mitchell

BY:

*Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

SHARED TECHNOLOGIES INC.,              :

                  Appellant,         :

                            :

v.                                :       Civil Action No. 08-CV-3050 (LAK)

                            :       (ECF Case)

ALLEGIANCE TELECOM LIQUIDATING   :

TRUST, XO HOLDINGS, INC., and        :

MERRILL LYNCH, PIERCE, FENNER    :

& SMITH,                        :       AFFIDAVIT OF JASON NAGI IN

                            :       SUPPORT OF MOTION TO

                Appellees.       :       ADMIT COUNSEL PRO HAC VICE

---------------------------------------------------------x

Jason Nagi, being duly sworn, hereby deposes and says as follows:

1.      I am an attorney at Haynes and Boone, LLP, counsel for Appellant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Appellant's motion to admit Robert D. Albergotti as counsel pro hac vice to represent Appellant in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Robert D. Albergotti since 2007.

4.      Mr. Albergotti is a partner at Haynes and Boone, LLP, in Dallas, Texas.

5.      I have found Mr. Albergotti to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of Mr. Albergotti, pro hac vice.

7.      I respectfully submit a proposed order granting the admission of Mr. Albergotti, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Robert D. Albergotti, pro hac vice, to represent Appellant in the above captioned matter, be granted.

Dated:       *May 2, 2008*

City, State:    New York, NY

Notarized:    *Vivian Hwang*

**VIVIAN HWANG**
Notary Public, State of New York
No. 01HW5067230
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires Oct. 15, *2010*

Respectfully submitted,

*Jason A. Nagi*

Jason Nagi
SDNY Bar Code: JN-6891

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Shared Technologies, Inc.          Plaintiff,

                                        08 cv  3050       (LAK)

- against -

Allegiance Telecom Liquidating          Defendant.
Trust, et al.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Jason Nagi          attorney for  Shared Technologies, Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Applicant's Name:      Robert D. Albergotti

        Firm Name:          Haynes and Boone, LLP

        Address:            901 Main Street, Suite 3100

        City/State/Zip:       Dallas, TX 75202

        Telephone/Fax:      214-651-5000      214-651-5940

        Email Address:       robert.albergotti@haynesboone.com

is admitted to practice pro hac vice as counsel for    Shared Technologies, Inc.          in the above
captioned case in the United States District Court for the Southern District of New York. All attorneys
appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.

Dated:
City, State:  New York, NY

_____

United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of May, 2008, a true and correct copy of the foregoing documents was served via United States first class mail, postage prepaid, upon the parties listed below.

Jason A. Nagi

Ira S. Dizengoff
Abid Qureshi
Kenneth A. Davis
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022

Martin S. Siegel
BROWN RUDNICK BERLACK ISRAELS LLP
Seven Times Square
New York, NY 10036

Anthony L. Gray
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111

Craig A. Bruens
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166

David S. Pegno
DEWEY PEGNOT & KRAMARSKY
220 East 42nd Street, 33rd Floor
New York, NY 10017