SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



SCANNED

Shared Technologies, Inc.      Plaintiff,

- against -

Allegiance Telecom      Defendant.
Liquidating Trust, et al

08 cv 3050   (LAK)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

MAY 09 2008

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jason Nagi  a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/13/08

Applicant's Name:   Robert D. Albergotti
Firm Name:         Haynes and Boone, LLP
Address:           901 Main Street, Suite 3100
City/State/Zip:    Dallas, TX 75202
Phone Number:      (214) 651-5000
Fax Number:        (214) 651-5940

Robert D. Albergotti       is a member in good standing of the Bar of the States of
North Carolina and Texas

There are no pending disciplinary proceeding against Robert D. Albergotti
in any State or Federal court.

Dated:  May 5, 2008
City, State:   New York, NY

Respectfully submitted,

Sponsor's
SDNY Bar    ~~3905197~~  JN 6891
Firm Name:  Haynes and Boone, LLP
Address:    153 East 53rd Street, Suite 4900
City/State/Zip: New York, NY 10022
Phone Number: 212-659-7300
Fax Number:   212-918-8989

granted
SO ORDERED

LEWIS A. KAPLAN, USDJ
5/13/08

SDNY Form Web 10/2006