UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SHARED TECHNOLOGIES INC.,

Appellant,

-against-

08 Civ. 3050 (LAK)
08 Civ. 3051 (LAK)
(Case No. 03 B 13057 (RDD))

ALLEGIANCE TELECOM LIQUIDATING TRUST, et al.,

Appellees.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/08

## ORDER

LEWIS A. KAPLAN, *District Judge.*

Appellant shall file provide two courtesy copies of the Record to chambers.

SO ORDERED.

Dated:      July 8, 2008

Lewis A. Kaplan
United States District Judge